UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br> Plaintiff, <br> v. <br> ANTONIO SANCHEZ ORTEGA, <br> Defendant. | Case No. 14-cv-03949-WHO <br><br> **ORDER OF DISMISSAL** <br> Re: Dkt. No. 19 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: February 18, 2015



WILLIAM H. ORRICK
United States District Judge